RALSTON & HALTENHOF, INC., Respondent, *v.* WILLIAM H. REYNOLDS, Appellant.

(Argued April 3, 1930; decided May 6, 1930.)

*Max Turner* and *David B. Tolins* for appellant.

*Henry Muller* and *Joseph H. Muller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.